**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JAMMIE RASHAD DAVIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:25-cv-257 (MTT) |
| Warden **CHARLES MIMS, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

The plaintiff, Jammie Rashad Davis, filed his complaint against the defendants on June 16, 2025. ECF 1. Davis' complaint lacks essential information. Accordingly, the plaintiff is **ORDERED** to recast his complaint by **October 22, 2025**. The defendants shall file responsive pleadings by **November 5, 2025**. In his recast complaint, the plaintiff shall:

1. Clearly identify in his complaint and state in his caption the capacity in which he is suing the defendants.

2. For each claim, clearly state the defendant(s) against whom he asserts the claim and the capacity in which he is suing each defendant.[1]

3. Clearly state the legal basis for each count. For example, in Count I, if the plaintiff intended to state a 42 U.S.C. § 1983 claim, he did not.

---

[1] Counsel should consider carefully whether he can in good faith assert a claim for damages against "Wilcox State Prison, a Division of the Georgia Department of Corrections," or any defendant in his or her official capacity. *See Williams v. Bd. of Regents of Univ. Sys. of Ga.*, 477 F.3d 1282, 1301-2 (11th Cir. 2007) ("Under most circumstances, the Eleventh Amendment bars suits against states and state entities by their citizens."); *Will v. Michigan Dep't. of State Police*, 491 U.S. 58, 65, 70-71 (1989) (holding that states—and, by extension, arms of the state—are not "persons" within the meaning of § 1983).

4. For each count, state specifically what each defendant did to give rise to liability and, for § 1983 claims, he shall state the specific constitutional right violated.

**SO ORDERED**, this 8th day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
